

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

September 30, 1965

Honorable John Connally
Governor of Texas
Austin, Texas

Dear Governor Connally:

Opinion No. C-518

Re: Whether Texas is authorized
to participate in the Land
and Water Conservation Fund
Act, Public Law 88-578, and
can receive and disburse
funds for the purpose of
the Act.

You have requested an opinion from this office concerning whether the Parks and Wildlife Department is authorized to receive Federal funds under the Land Conservation Fund Act, Public Law 88-578. In addition, you have pointed out that before the State of Texas is eligible to receive certain grants-in-aid apportioned to it in the amount of $3,544,969 the United States Department of the Interior, Bureau of Outdoor Recreation, requires that the following authority be vested in some state agency or agencies:

"1. To prepare and maintain a Comprehensive State Outdoor Recreation;

"2. To develop, operate, and maintain outdoor recreation areas and facilities;

"3. To acquire land, waters, and interests in land and waters for recreation purposes;

"4. To enter into contracts and agreements with the United States and an appropriate agency thereof;

"5. To keep financial and other records relative to such contracts and agreements;

"6. To furnish appropriate officials of the United States such reports and information as are required for the conduct of the grant program;

-2433-

"7. To coordinate its recreation activities with those of other State Agencies and governmental units;

"8. To receive Federal moneys;

"9. To disburse Federal moneys;

"10. To assure the United States that the State has the ability and intention to finance its share of any project proposed;

"11. To assure that areas acquired or developed with money granted from the Fund will be operated and maintained for public recreation purposes;

"12. To enter into agreements on behalf of political subdivisions and public agencies, and to require from such entities the necessary financial and other assurances."

Senate Bill 165, Acts of 59th Legislature, Regular Session, 1965, Ch. 112, p. 269 provides that:

"Section 1. The Parks and Wildlife Department of the State of Texas is hereby designated as the State Agency to cooperate with the Federal Government in the administration of the provisions of any federal assistance programs for the planning, acquisition, operation, and development of the outdoor recreation resources of the State, including the acquisition of lands and waters and interests therein, and specifically to cooperate with the Federal Government in the administration of the provisions of the 'Land and Water Conservation Fund Act of 1965' (Public Law 88-578) effective January 1, 1965, and any amendments which may be added thereto from time to time, in the event no other State Agency is by law designated to cooperate with the Federal Government in the administration of the provisions of such Act or other Acts which may be hereafter enacted by the Congress.

". . .The Parks and Wildlife Department is hereby authorized and directed to cooperate with the proper departments of the Federal Government and with all other departments of the state and local governments including as a part of a state

plan water districts, river authorities, and
special districts in out-door recreation in
the enforcement and administration of the pro-
visions of the Federal Acts and any Amendments
thereto. . . .It is the intent of the Legis-
lature to add to the purposes, functions and
duties of river authorities and water districts
or other political subdivisions organized under
Article III, Section 52, or Article XVI, Section
59, of the Constitution of Texas, and counties,
to acquire lands for public recreation purposes,
to construct thereon facilities for public use,
to provide for the operation, maintenance and
supervision of such public recreation areas,
and to enter into agreements with other local,
state or Federal Agencies for planning, cons-
truction, maintenance, and operation of such
facilities, together with necessary access
roads thereto, and to maintain adequate sanitary
standards on the land and water areas as a
part of and adjacent to such recreation areas.
. . .

"Sec. 2.   The Parks and Wildlife Department
is authorized and empowered to prepare, maintain,
and keep up-to-date a state-wide comprehensive
plan for the development of the outdoor recreation
resources of the State of Texas; to develop, operate,
and maintain outdoor areas and facilities of the
state and to acquire land, waters, and interests
in land and waters for such areas and facilities.

"Sec. 3.   The Parks and Wildlife Department
is authorized to apply to any appropriate agency
or officer of the United States for participation
in or the receipt of aid from any Federal programs
as now provided by law or as may hereafter be pro-
vided respecting outdoor recreation.   The Parks and
Wildlife Department is authorized to enter into con-
tracts and agreements with the United States or any
appropriate agency thereof for the purpose of plan-
ning, for acquisition of, and development of outdoor
recreation resources of the state in conformity with
the provisions of the 'Land and Water Conservation
Fund Act of 1965' and any Amendments thereto, and
in conformity with any other Federal Act the pur-
pose of which is the development of outdoor recrea-
tion resources of the state.   The Department shall
keep financial and other records relating to such
programs and shall furnish to appropriate officials
and agencies of the United States and of the State
Government such reports and information as may be
reasonably necessary to enable such officials and

agencies to carry out their responsibilities
for the administration of such programs.

"In order to obtain the benefits of any such
programs, the Parks and Wildlife Department shall
coordinate its activities with and represent the
interests of all agencies and political subdivisions
of the State of Texas.  . . .

"Sec. 4.  The Parks and Wildlife Department
shall make no commitment or enter into any agree-
ment pursuant to the authority under this Act
until it has determined that sufficient funds
are available to it for meeting the state's share,
if any, of the cost of the project.  It is the
legislative intent that to such extent as may be
necessary to assure the proper operation and main-
tenance of areas and facilities acquired or devel-
oped pursuant to any program participated in by
the State of Texas under authority of this Act
such areas and facilities shall be publicly main-
tained for outdoor recreation purposes.

"The Parks and Wildlife Department may enter
into and administer agreements with the United
States or any appropriate agency thereof for
plans, acquisition, operation, and development
of projects involving participating Federal aid
funds on behalf of any political subdivision or
subdivisions of the State of Texas.  . . .pro-
vided that such political subdivision or subdivi-
sions shall provide certification and give neces-
sary assurance to the Department that they have
available sufficient funds to meet their share
if any, of the cost of the project and that the
acquired or developed areas will be operated and
maintained at the expense of such subdivision
or subdivisions. . .for public outdoor recreation
use.

"Sec. 5.  The Parks and Wildlife Department
is authorized to accept and expend any Federal
moneys allocated to the State of Texas for any
projects or programs established for the purpose
of carrying out the provisions of this Act and
for administrative expenses and/or any other ex-
penses incident to the administration of said
projects or programs.

"The Parks and Wildlife Department is au-
thorized to receive and expend funds from the

state, counties, and cities, and from any other source for the purpose of carrying out the provisions of this Act. . . ."

In view of the foregoing provisions contained in Senate Bill 165, we are of the opinion that the Parks and Wildlife Department is authorized to participate in the "Land and Water Conservation Fund Act", Public Law 88-578, and to receive and expend funds for such purpose.

In addition, we are of the further opinion that the provisions of Senate Bill 165 vests in the Parks and Wildlife Department the authority required by the United States Department of the Interior, Bureau of Outdoor Recreation, to make the State of Texas eligible to receive certain grants-in-aid pursuant to the "Land and Water Conservation Fund Act", Public Law 88-578.

### S U M M A R Y

The Parks and Wildlife Department, pursuant to the provisions of Senate Bill 165, Acts of the 59th Legislature, Regular Session, 1965, Ch. 112, p. 269, is authorized to participate in the "Land and Water Conservation Fund Act", Public Law 88-578.

The provisions of Senate Bill 165 vests in the Parks and Wildlife Department the authority required by the United States Department of the Interior, Bureau of Outdoor Recreation, to make the State of Texas eligible to receive certain grants-in-aid pursuant to the "Land and Water Conservation Fund Act," Public Law 88-578.

Very truly yours,

WAGGONER CARR
Attorney General

By: Pat Bailey
Pat Bailey
Assistant

PB:mkh

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman

W. O. Shultz
John Reeves
Roy Johnson
C. L. Snow

APPROVED FOR THE ATTORNEY GENERAL
BY:   T. B. Wright